## HARRIS v. MORE and Others.

### No. 9723; December 15, 1884.

#### 5 Pac. 159.

**Evidence—Record of Conviction of Murder as.**—The record of conviction of murder is admissible as evidence of the fact that the person convicted was implicated in said murder.

APPEAL from the Superior Court of Santa Barbara County.

Action to recover reward.

W. C. Stratton for appellant; Thos. McNulta for respondents.

By the COURT.—We think the record of the conviction of Sprague of the murder of W. T. More was competent for the purpose of showing that Sprague was implicated in said murder, and that the court erred in excluding it for that purpose. The evidence introduced, together with that offered and erroneously excluded, was sufficient to entitle the plaintiff to have the issues submitted to the jury, and the court erred in granting a nonsuit.   Judgment and order reversed.